THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:21-cv-00265-MR

| | |
|---|---|
| L.L., individually and on behalf of E.R., a minor,  ) ) ) Plaintiff, ) ) vs. ) ) MEDCOST BENEFITS SERVICES, ) et al., ) ) Defendants. ) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff's motion for the admission of attorney Brian S. King as counsel *pro hac vice*. [Doc. 18]. Upon careful review and consideration, the Court will allow the motion.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's motion [Doc. 18] is **ALLOWED**, and Brian S. King is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: October 25, 2021

Martin Reidinger
Chief United States District Judge