THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:21-cv-00265-MR

| | |
|---|---|
| L.L., individually and on behalf of E.R., a minor, ) ) ) Plaintiff, ) ) vs. ) ) MEDCOST BENEFIT SERVICES and ) MOUNTAIN AREA HEALTH ) EDUCATION CENTER (MAHEC) ) MEDICAL AND DENTAL CARE ) PLAN, ) ) Defendants. ) _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendant MedCost Benefit Services' Motion to Dismiss [Doc. 20] and the Plaintiff's Unopposed Motion for Leave to File Amended Complaint [Doc. 26].

The Plaintiff moves for leave to amend the Complaint in order to reflect the facts produced by the Defendants in the pre-litigation appeal record and to assert allegations in accordance with the pleading standards set by the Fourth Circuit Court of Appeals. [Doc. 26]. The Defendants do not oppose the Plaintiff's motion. [Id.].

Upon review of the Plaintiff's motion, and for cause shown, the Court will grant the requested relief. See Fed. R. Civ. P. 15(a)(2).

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion for Leave to File Amended Complaint [Doc. 26] is **GRANTED**, and the Plaintiff shall have fourteen (14) days from the entry of this Order to file an Amended Complaint.

**IT IS FURTHER ORDERED** that the Defendant MedCost Benefit Services' Motion to Dismiss [Doc. 20] is **DENIED AS MOOT**.

**IT IS SO ORDERED**.

Signed: January 25, 2022

Martin Reidinger
Chief United States District Judge