UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Civil Action No. 1:21-CV-00265-MR

| | |
|---|---|
| LISA LAVALLEE and ERICA RAY<br><br>      Plaintiffs,<br>v.<br><br>MOUNTAIN AREA HEALTH EDUCATION CENTER (MAHEC) MEDICAL and DENTAL CARE PLAN,<br><br>      Defendant. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

NOW COME the parties, Plaintiffs, Lisa Lavallee and Erica Ray, and Defendant Mountain Area Health Education Center (MAHEC) Medical and Dental Care Plan, by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and hereby stipulate that the Complaint in the above-captioned matter and all causes of action and claims for relief contained therein are hereby dismissed WITH PREJUDICE against Defendant Mountain Area Health Education Center (MAHEC) Medical and Dental Care Plan. All parties shall bear their own costs, fees and expenses.

Dated this 31st day of May, 2024.

| | |
|---|---|
| /s/ Ariella Zulman Walsh | /s/ *Brian S, King* |
| Patrick Houghton Flanagan | *Admitted Pro Hac Vice* |
| Ariella Zulman Walsh | BRIAN S. KING, P.C. |
| CRANFILL SUMNER LLP | 420 East South Temple, Suite 420 |
| 2907 Providence Road, Suite 200 | Salt Lake City, UT 84111 |
| Charlotte, NC 28211 | Telephone: (801) 532-1739 |
| Telephone: (704) 940-3419 | Facsimile: (801) 532-1936 |
| Facsimile: (704) 831-5522 | Email: brian@briansking.com |
| Email: awalsh@cshlaw.com | |
| *Attorneys for Mountain Area Health* | *Attorney for Plaintiffs* |
| *Education Center Medical and Dental Care* | |
| *Plan* | |

/s/Norris A. Adams, II
Norris A. Adams, II
ESSEX RICHARDS, P.A.
1701 South Boulevard Charlotte, NC 28203
Phone: (704) 377-4300
Fax: (704) 372-1357
Email: nadams@essexrichards.com
*Local Civil Rule 83.1(d) Counsel for Plaintiffs*